IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MOORELAND ESTATES HOMEOWNERS' )
ASSOCIATION, )
                                         )
      Plaintiff, )    CASE NO. 3:12-0979
                                         )    CHIEF JUDGE HAYNES
v. )
                                         )
NATIONWIDE MUTUAL INSURANCE )
COMPANY, a/k/a NATIONWIDE INSURANCE, )
                                         )
      Defendant. )

# O R D E R

Based upon the Plaintiff's stipulation of dismissal and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Mooreland Estates Homeowners' Association's claim for bad faith, pursuant to Tenn. Code Ann. § 56-7-105 is **DISMISSED with prejudice** and the remainder of Plaintiff's claims are **DISMISSED without prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 5th day of October, 2012.

WILLIAM J. HAYNES, JR.
Chief United States District Judge